REC'D OCT 17 2007

LESLIE F. LEVY, ESQ., State Bar No. 104634
JEAN K. HYAMS, ESQ., State Bar No. 144425
DARCI E. BURRELL, ESQ., State Bar No. 180467
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, California 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415
E-mail: courtmail@boxerlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. Doe,<br><br>    Plaintiff,<br><br>vs.<br><br>Richard Greenfield, Greenfield & Goodman, LLC and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: C 07-04823 MEJ<br><br>**NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL** |

TO: Richard Greenfield

NOTICE

The Summons and other documents identified below are being served pursuant Rule 4 of the Federal Civil Judicial Procedure and Rules. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form

1
NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL

must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: September 26, 2007

**BOXER & GERSON, LLP**

By: _____
LESLIE F. LEVY
Attorneys for Plaintiff

ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of a copy of the Summons, Complaint, Notice of Assignment of Case to a United States Magistrate Judge for Trial, and Order Setting Initial Case Management Conference and ADR Deadlines.

(To be completed by recipient)

Date this form is signed: 10/18/07

/CATE DYER
(Type or print name and name of entity, if any, on whose behalf this form is signed)

_____
(Signature of person acknowledging receipt, with title, if acknowledgment is made on behalf of another person or entity)

ATTORNEY FOR
RICHARD GREENFIELD

2
NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL