Kate Dyer SBN 171891
Craig H. Bessenger SBN 245787
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109
Telephone:  (415) 749-1800
Facsimile:  (415) 749-1694
E-mail: kdyer@clarencedyer.com
          cbessenger@clarencedyer.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. DOE,<br><br>  Plaintiff,<br><br>  v.<br><br>RICHARD D. GREENFIELD et al<br><br>  Defendants. | Case No. C 07-04823 (MEJ)<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  November 26, 2007         CLARENCE & DYER LLP


                                  /s/:  Kate Dyer
                              By: Kate Dyer
                                  Attorneys for Defendants

---

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Case No. C 07-04823

1

**Proof of Service**

I, Abbie Chin, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On November 26, 2007, I served a copy, with all exhibits, of the following documents:

- **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

_____ (BY FAX) By transmitting by facsimile machine to the number addressed as below; the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

___X___ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing. All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

Darci Elaine Burrell, email: courtmail@boxerlaw.com  
Jean K. Hyams, email: courtmail@boxerlaw.com  
Leslie Fran Levy, email: courtmail@boxerlaw.com  
Boxer & Gerson  
300 Frank H. Ogawa Plaza  
Suite 500  
Oakland, CA 94612

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/: Abbie Chin  
Abbie Chin

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE  
Case No. C 07-04823

2