LESLIE F. LEVY, ESQ., State Bar No. 104634
JEAN K. HYAMS, ESQ., State Bar No. 144425
DARCI E. BURRELL, ESQ., State Bar No. 180467
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, California 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415
E-mail: courtmail@boxerlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. Doe,<br><br>            Plaintiff,<br><br>vs.<br><br>Richard Greenfield, Greenfield & Goodman, LLC and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: C 07-04823 MEJ<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that commencing February 1, 2008 and continuing through February 25, 2008, Leslie F. Levy will be unavailable for all purposes, including but not limited to receiving notices of any kind, responding to ex parte applications, appearing in court, responding to pleadings or attending depositions.

/
//
///
////
/////

1
NOTICE OF UNAVAILABILITY OF COUNSEL

Purposefully scheduling a conflicting proceeding without good cause is sanctionable conduct. *Tenderloin Housing Clinic v. Sparks*, 8 Cal. App. 4th 299 (1992).

DATED: January 23, 2008

**BOXER & GERSON, LLP**

By: *[signature]*
LESLIE F. LEVY
Attorneys for Plaintiff