# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

E. DOE,                                )
                                       )        CASE  NO. C-07-4823 MEJ
                    Plaintiff          )
                                       )        **NOTICE OF IMPENDING**
        v.                             )        **REASSIGNMENT TO A**
                                       )        **UNITED STATES**
RICHARD D. GREENFIELD et al            )        **DISTRICT COURT JUDGE**
                                       )
                    Defendants         )
_____)

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

___x___  (1)  One or more of the parties has requested reassignment to a United States District Judge, or

_____  (2)  One or more of the parties has sought  a kind of judicial action that a Magistrate Judge may not take without the consent of  all parties, the necessary consents have not been secured, and time is of the essence.

_____ (3)  One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby  **VACATED.**

Dated: March 5, 2008

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk