

**BOXER GERSON**
ATTORNEYS AT LAW, LLP

John M. Anton
Bert S. Arnold
Stewart N. Boxer, Inc.
Darci E. Burrell
Felicia C. Curran
Arjuna H. Farnsworth
Michael G. Gerson, Inc.
John M. Harrigan
Jean K. Hyams
Rebecca G. Kagin
Gary J. Lee
Leslie F. Levy
Ralph W. Mann
Dennis A. Popalardo, Jr.
Gary Barkley Roth

300 Frank H. Ogawa Plaza • Rotunda Building • Suite 500
Oakland, CA 94612
(510) 835-8870 • Fax: (510) 835-0415

Direct Line (510) 286-2994

Maria A. Sager
Moira L. Stagliano
Julius Young
Matthew J. Rinaldi
*Of Counsel*
Ralph M. Paterno
*Of Counsel*

*Legal Assistants*
Melissa A. Bizarro
Lisa T. Frederiksen
Suzanne Grauer
Elly C. Nehrebecki
Sharene V. Ross
Howard G. Waters

June 23, 2008

The Honorable Vaughn R. Walker
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

RE: *E. Doe v. Richard Greenfield, et al.*
U.S. District Court - Northern District Case No.: CV 07-04823 VRW

Dear Judge Walker:

I am writing to determine the status of this case. The case was filed in October of 2007. It was originally assigned to a Magistrate Judge with a Case Management Conference date of December 27, 2007. On November 26, 2007, Defendant refused to consent to a Magistrate. However, we were not reassigned until March 5, 2008 following several phone calls from our office to the Court. At that time it was reassigned to this Court, however, the parties have never received a scheduling order.

The Plaintiff would appreciate it if the Court would schedule a Case Management Conference to allow the case to move forward.

Thank you for your attention to this matter.

Very truly yours,

BOXER & GERSON, LLP

Dictated but not read

LESLIE F. LEVY

LFL/as

cc: Kate Dyer, Esq.

Web Site: http://www.boxerlaw.com