# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| McClellan-Chambers,<br><br>          Plaintiff(s),<br><br>     v.<br><br>Samsung Electronics Co., Ltd,<br><br>          Defendant(s). | 07-01823 SBA<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-01823 SBA                                        -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: July 3, 2008

                RICHARD W. WIEKING
                Clerk
                by:    Lisa Salvetti

                        /s/
                _____
                ADR Administrative Assistant
                415-522-2146
                lisa_salvetti@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-01823 SBA                            -2-

PROOF OF SERVICE

Case Name:      McClellan-Chambers v. Samsung Electronics Co., Ltd

Case Number:    07-01823 SBA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On July 3, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Bryan Matthew Kreft
> Steyer, Lowenthal, Boodrookas, Alvarez & Smith LLP
> One California Street, Third Floor
> San Francisco, CA 94111
> bkreft@steyerlaw.com

> Richard Quintus
> Roberts Law Firm, PA
> 20 Rahling Circle
> P.O. Box 241790
> Little Rock, AR 72223

> Allan Steyer
> Steyer Lowenthal Boodrookas Alvarez & Smith LLP
> One California Street, Suite 300
> San Francisco, CA 94111
> asteyer@steyerlaw.com

> Michael L. Roberts
> Roberts Law Firm, PA
> 20 Rahling Circle

P.O. Box 241790
Little Rock, AR 72223-1790

Samsung Electronics Co., Ltd
Mona Solouki
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero
17th Floor
San Francisco, CA 94111
msolouki@sheppardmullin.com

Hynix Semiconductor, Inc.
,

Hynix Semiconductor America, Inc.
,

Micron Technology, Inc.
,

Micron Semiconductor Products, Inc.
,

Renesas Technology Corporation
,

Renesas Technology America, Inc.
,

Toshiba Corporation
,

Toshiba America Corporation
,

Toshiba America Electronic Components, Inc.
,

Hitachi, Ltd.
,

Hitachi America, Ltd.
,

Hitachi Electronic Devices (USA), Inc.
,

Mitsubishi Electric Corporation
,

Mitsubishi Electric & Electronics USA, Inc.
,

Mosel Vitelic Corporation
,

Mosel Vitelic Corporation (USA)
,

Winbond Electronics Corporation
,

Winbond Electronics Corporation America
,

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 3, 2008 in San Francisco, California.

    RICHARD W. WIEKING
    Clerk
    by:    Lisa Salvetti

    _____/s/_____
    ADR Administrative Assistant
    415-522-2146
    lisa_salvetti@cand.uscourts.gov