LESLIE F. LEVY, ESQ., State Bar No. 104634
JEAN K. HYAMS, ESQ., State Bar No. 144425
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, California 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415
E-mail: courtmail@boxerlaw.com

Attorneys for Plaintiff

KATE DYER, ESQ., State Bar No. 171891
CRAIG H. BESSENGER, ESQ., State Bar No. 245787
CLARENCE & DYER, LLP
899 Ellis Street
San Francisco, California 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694
E-mail: kdyer@clarencedyer.com
        cbessenger@clarencedyer.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. Doe,<br><br>          Plaintiff,<br><br>vs.<br><br>Richard Greenfield, Greenfield & Goodman, LLC and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: C 07-04823 VRW<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT and PROPOSED ORDER - CIVIL**<br><br>DATE: July 10, 2008<br>TIME: 3:30 p.m.<br>PLACE: Courtroom 6 |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

## I. DESCRIPTION OF THE CASE

**1. Brief Description of the Action**

This is a diversity action in which Plaintiff seeks damages for harm allegedly resulting from

1
JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER - CIVIL

personal injuries and breaches of duty by Defendant. Plaintiff alleges that Greenfield was her attorney and that he abused his position of trust and her dependence on his representation of her and her daughters in a lawsuit against a bank, to sexually harass her and to psychologically coerce her and physically force her to have sex with him. Greenfield denies these allegations.

All parties have been served and no issues exist regarding venue or personal jurisdiction.

**2. Principal Factual Issues in Dispute**

Plaintiff alleges that Defendant coerced and/or physically forced her to have sexual contact with him;

Plaintiff alleges that Defendant was her attorney and misused his authority and Plaintiff's dependence on him as her counsel to force Plaintiff to have sexual contact with him;

Plaintiff alleges that Defendant breached a duty or duties he owed to her;

Plaintiff alleges that Defendant's acts caused her harm.

Defendant denies Plaintiff's allegations.

**3. Principal legal issues**

Whether Defendant owed a fiduciary or any other duty to Plaintiff.

**4. Other issues in dispute**

Defendant questions whether Plaintiff may proceed as an anonymous "Doe" party.

**5. Motions**

No motions have been filed in this action.

**6. Amendment of Pleadings**

No additional parties, claims, or defenses are expected to be added or dismissed.

**7. Consent to Magistrate Judge For All Purposes**

Plaintiff consents.

Defendant does not consent.

**II. ALTERNATIVE DISPUTE RESOLUTION**

Counsel for the parties have met and conferred regarding an ADR process. The parties agree to early mediation and request assignment to a Magistrate Judge for such purpose. The parties

1 | request that the mediation take place in September 2008.

## III. DISCLOSURES

The parties certify that the disclosures pursuant to FRCP Rule 26 regarding documents, witnesses and relevant insurance agreements will be completed by July 28, 2008.

The parties have yet to file the Certification of Interested Entities or Persons as required by Civil Local Rule 3-16, however, the undersigned parties certify that as of this date, other than the named parties, there is no such interest to report.

## IV. DISCOVERY

No discovery has been taken to date. The parties propose the following discovery plan:

The parties will propound and respond to written discovery between July and October.

Primary depositions will be completed by January 2009.

Non-expert discovery closes January 30, 2009

Expert Disclosure Deadline: March 2, 2009

Supplemental Expert Disclosure: March 16, 2009

Expert Discovery closes: April 3, 2009

## V. TRIAL SCHEDULE

The parties request a jury trial date as follows: April 20, 2009

The parties expect that the trial will last for 8-10 court days.

DATED: July 3, 2008                           BOXER & GERSON, LLP


                                              By:/s/_____
                                              LESLIE F. LEVY
                                              Attorneys for Plaintiff

DATED: July 3, 2008                           CLARENCE & DYER, LLP


                                              By:/s/_____
                                              CRAIG H. BESSENGER
                                              Attorneys for Defendants

3
JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER - CIVIL

1
2                         **CASE MANAGEMENT ORDER**
3         The Case Management Statement and Proposed Order is hereby adopted by the Court as the
4   Case Management Order for the case and the parties are ordered to comply with this Order. In
5   addition the Court orders:
6
7
8   DATED: _____, 2008
                                              _____
9                                             VAUGHN R. WALKER
                                              UNITED STATES DISTRICT JUDGE
10