UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E. Doe

               Plaintiff(s),

v.

Richard Greenfield, Greenfield &
Goodman, LLC and Does 1 through 10
               Defendant(s).

Case No. 07-04823 VRW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7/8/08                                       Richard Greenfield
                                                        [Party]

Dated: 7/8/08                                       Kate Dyer
                                                        [Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---

Rev. 12/05

**Proof of Service**

I, Stephanie Chan, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109;  I am employed in the County of San Francisco.

On July 8, 2008, I served a copy, with all exhibits, of the following documents:

- **ADR CERTIFICATION BY PARTIES AND COUNSEL**

_____   (BY FAX)  By transmitting by facsimile machine to the number addressed as below;  the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine.  Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

\_\_\_X\_\_\_ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing.  All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

Darci Elaine Burrell, email: courtmail@boxerlaw.com
Jean K. Hyams, email:  courtmail@boxerlaw.com
Leslie Fran Levy, email:  courtmail@boxerlaw.com
Boxer & Gerson
300 Frank H. Ogawa Plaza
Suite 500
Oakland, CA 94612

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/: Stephanie Chan
Stephanie Chan

ADR CERTIFICATION BY PARTIES AND COUNSEL
Case No. C 07-04823

2