UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E. Doe

                Plaintiff(s),

           v.

Richard Greenfield, Greenfield & Goodman,
Does 1 through 10, inclusive

               Defendant(s).
_____/

CASE NO. C 07-04823

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

    ☐ have not yet reached an agreement to an ADR process
    ✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference July 10, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Kate Dyer | R. Greenfield; Greenfield & Goodman | (415) 749-1800 | kdyer@clarencedyer.com |
| Craig H. Bessenger | as above | (415) 749-1800 | cbessenger@clarencedyer.com |
| Leslie Levy | E. Doe | (510) 835-8870 | courtmail@boxerlaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 7/8/08

                                                    Leslie F. Levy
                                                    Attorney for Plaintiff

Dated: 7/8/08

                                                    Kate Dyer
                                                  Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."