LESLIE F. LEVY, ESQ., State Bar No. 104634
JEAN K. HYAMS, ESQ., State Bar No. 144425
DARCI E. BURRELL, ESQ., State Bar No. 180467
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, California 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415
E-mail: courtmail@boxerlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. Doe,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Richard Greenfield, Greenfield & Goodman, LLC and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: C 07-04823 VRW<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

　　　　Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

　　　　(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the Clerk's office for the parties in cases not subject to the Court's Electronic Case Filing Program (ECF) under General Order 45*);

　　　　(2) Discussed the available dispute resolutions options provided by the Court and private entities; and

/
//

1
ADR CERTIFICATION BY PARTIES AND COUNSEL - CIVIL
CASE NO.: C 07-4823 VRW

1   (3)   Considered whether this case might benefit from any of the available dispute
2 resolutions options.

3 DATED: July 9, 2008

By: /s/
E. DOE
Plaintiff

6 DATED: July 9, 2008

BOXER & GERSON, LLP

By: /s/
LESLIE F. LEVY
Attorneys for Plaintiff