UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date : _July 10, 2008_

**C 07-4823 VRW**      _E. DOE_ v _RICHARD GREENFIELD, et al.,_

Attorneys : For Plaintiff(s):   _Leslie Levy_

        For Defendant(s):   _Kate Dyer, Craig Bessenger_

Deputy Clerk: _Cora Klein_                    Reporter: _not reported_

PROCEEDINGS:                                  RULING:
1. _____              _____
2. _____              _____
3. _____              _____

Case Management Conference - Held

ADR to be used: Magistrate Judge Spero for Settlement Conference to be completed: 10/3/2008.

Fact Discovery Cutoff: _1/30/09_      Designation of Experts/Reports: _3/2/09_
Rebuttal Expert/Report: _3/16/09_     Experts Discovery Cutoff: _4/3/09_

SCHEDULE:

DISPOSITIVE MOTIONS HEARING: _at 2:30 p.m._

PRETRIAL CONFERENCE: _4/16/2009 at 3:30 pm_

TRIAL DATE: _5/4/2009 at :8: 30 a.m._     Jury - _5 days_

Order to be prepared by:     Plntf_____   Deft_____   Court_x_