John M. Anton
Bert S. Arnold
Stewart N. Boxer, Inc.
Darci E. Burrell
Felicia C. Curran
Arjuna H. Farnsworth
Michael G. Gerson, Inc.
John M. Harrigan
Jean K. Hyams
Rebecca G. Kagin
Gary J. Lee
Leslie F. Levy
Ralph W. Mann
Dennis A. Popalardo, Jr.
Gary Barkley Roth

# BOXER GERSON

## ATTORNEYS AT LAW, LLP

300 Frank H. Ogawa Plaza • Rotunda Building • Suite 500
Oakland, CA 94612
(510) 835-8870 • Fax: (510) 835-0415

Maria A. Sager
Moira L. Stagliano
Julius Young

Matthew J. Rinaldi
*Of Counsel*

Ralph M. Paterno
*Of Counsel*

*Legal Assistants*
Melissa A. Bizarro
Lisa T. Frederiksen
Suzanne Granet
Elly C. Nehrebecki
Sharene V. Ross
Howard G. Waters

Direct Line (510) 286-2928

August 14, 2008

<u>VIA ELECTRONIC FILING AND FACSIMILE</u>

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

RE:    <u>*E. Doe v. Richard Greenfield, et al.*</u>
        U.S. District Court - Northern District Case No.: CV 07-04823 VRW

Dear Judge Spero:

Plaintiff's counsel respectfully requests an extension of time to serve Plaintiff's demand. The demand is currently due to be served on defense counsel on September 2 and we would request an extension up to and including September 4, 2008. Plaintiff's counsel is out of the office for the month of August and returning to the office on September 2, 2008.

Thank you again for your consideration to this request.

Very truly yours,

BOXER & GERSON, LLP

ANNE M. STRAUB
Assistant to Leslie F. Levy

/as