

| | | |
|---|---|---|
| John M. Anton<br>Bert S. Arnold<br>Stewart N. Boxer, Inc.<br>Darci E. Burrell<br>Felicia C. Curran<br>Arjuna H. Farnsworth<br>Michael G. Gerson, Inc.<br>John M. Harrigan<br>Jean K. Hyams<br>Rebecca G. Kagin<br>Gary J. Lee<br>Leslie F. Levy<br>Ralph W. Mann<br>Dennis A. Popalardo, Jr.<br>Gary Barkley Roth | **BOXER GERSON**<br>ATTORNEYS AT LAW, LLP<br><br>300 Frank H. Ogawa Plaza • Rotunda Building • Suite 500<br>Oakland, CA  94612<br>(510) 835-8870 • Fax: (510) 835-0415<br><br>Direct Line (510) 286-2928 | Maria A. Sager<br>Moira L. Stagliano<br>Julius Young<br>Matthew J. Rinaldi<br>*Of Counsel*<br>Ralph M. Paterno<br>*Of Counsel*<br><br>*Legal Assistants*<br>Melissa A. Bizarro<br>Lisa T. Frederiksen<br>Suzanne Granet<br>Elly C. Nehrebecki<br>Sharene V. Ross<br>Howard G. Waters |

August 14, 2008

VIA ELECTRONIC FILING AND FACSIMILE

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

RE:   *E. Doe v. Richard Greenfield, et al.*
       U.S. District Court - Northern District Case No.: CV 07-04823 VRW

Dear Judge Spero:

Plaintiff's counsel respectfully requests an extension of time to serve Plaintiff's demand. The demand is currently due to be served on defense counsel on September 2 and we would request an extension up to and including September 4, 2008. Plaintiff's counsel is out of the office for the month of August and returning to the office on September 2, 2008.

Thank you again for your consideration to this request.

Very truly yours,

BOXER & GERSON, LLP

*Anne M. Straub*

ANNE M. STRAUB
Assistant to Leslie F. Levy

/as



IT IS SO ORDERED
Judge Joseph C. Spero

Web Site: http://www.boxerlaw.com