KATE DYER, State Bar No. 171891
CRAIG H. BESSENGER, State Bar No. 245787
CLARENCE & DYER, LLP
899 Ellis Street
San Francisco, California 94109
Telephone:  (415) 749-1800
Facsimile:   (415) 749-1694
E-mail:  kdyer@clarencedyer.com

Attorneys for Defendants

LESLIE F. LEVY, State Bar No. 104634
JEAN K. HYAMS, State Bar No. 144425
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, California  94612
Telephone:  (510) 835-8870
Facsimile:   (510) 835-0415
E-mail:  courtmail@boxerlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. DOE,<br><br>              Plaintiff,<br><br>    v.<br><br>RICHARD D. GREENFIELD et al.,<br><br>              Defendants. | Case No. C 07-04823 (VRW)<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER SEALING TRANSCRIPT OF SEPTEMBER 16, 2008 PROCEEDINGS** |

All parties to the above-captioned action, by and through their attorneys of record, stipulate and hereby jointly respectfully request that the transcript of those certain court proceedings which took place on September 16, 2008 before the United States Magistrate Judge Joseph C. Spero, related to the

**STIPULATION AND [PROPOSED] ORDER SEALING TRANSCRIPT OF SEPTEMBER 16, 2008 PROCEEDINGS**
Case No. C 07-04823 (VRW)

1

Settlement Conference held before Judge Spero that on that same date, be sealed and that any copies of same be disclosed only to the parties and their counsel of record.

So stipulated on behalf of Plaintiff.

Dated:                                                            BOXER & GERSON, LLP

By:    __/s/:  Leslie F. Levy_____
Leslie F. Levy
Attorneys for Plaintiff

So stipulated on behalf of Defendants.

Dated: 09-24-2008                                         CLARENCE & DYER, LLP

By:    __/s/:  Kate Dyer_____
Kate Dyer
Attorneys for Defendants

### [PROPOSED] ORDER

Pursuant to the above stipulation of the parties, the transcript of those proceedings held before this Court in the above-captioned action on September 16, 2008 is hereby SEALED. Any copies of this transcript shall be disclosed only to the parties and their counsel of record.

IT IS SO ORDERED.

Dated:   9/26/08

_____
Hon.
United

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*